UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                Case No. 19-CR-151

RICHARD D. GUYETTE,

    Defendant.

---

## ORDER REGARDING REQUEST FOR FURLOUGH

---

    Defendant Richard D. Guyette is charged in this multi-defendant case with conspiracy to distribute and possession with intent to distribute controlled substances and possession with intent to distribute Fentanyl. Guyette is detained at the Manitowoc County Jail and has requested furlough for approximately 6 hours to attend funeral of his uncle. Dkt. [155]. That request is denied.

    The current pandemic makes the already difficult process of allowing such a furlough or monitoring such a furlough nearly impossible. Given the public health directives concerning social distancing, quarantining, etc., the court is unable to grant the request.

    After defense counsel discussed the matter with a deputy U.S. Marshal and realized that the earlier request was likely unable to be granted, he filed a supplemental motion, dkt. [156], requesting the court allow the defendant to attend the funeral via Zoom. This court declines to order a jail or prison to accommodate the request in full. The manpower and equipment use over a 6-hour period for a single inmate is too much to expect a facility to accommodate, as it is unlikely that a prisoner would be allowed alone with a computer unsupervised. Should the Manitowoc

County Jail wish to accommodate the request to allow the defendant to pay his respects or view/listen to the funeral for a limited period with other parameters that follow rules and procedures of the facility, it may do so.  In fact, the court encourages jail authorities to permit the defendant to appear via Zoom or other technology if they are reasonably able to do so.  However, the request that this court order the Manitowoc County Jail to do so is denied.

Dated at Green Bay, Wisconsin this 20th day of August, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge